UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MICHIGAN

JOSHUA FLORES, ALEXANDR
KLIMUSHKIN, JASON
HENDERSON, MARK KROHN, and
PATRICK GRAVENESE, individually and on
behalf of all others similarly situated,

        Plaintiffs,         Case No: 2:20-cv-10972-SFC-DRG

v.         Hon. Sean F. Cox

FCA US LLC, a Delaware Corporation,

        Defendant.

## NOTICE OF APPEARANCE

I, Nick Suciu III, hereby enter my appearance as counsel on behalf of Plaintiffs, Joshua Flores, Alexandr Klimushkin, Jason Henderson, Mark Krohn and Patrick Gravense.

Dated: April 22, 2020         Respectfully submitted,

        /s/ Nick Suciu III_____
        Nick Suciu III (P72052)
        Barbat Mansour & Suciu PLLC
        1644 Bracken Rd.
        Bloomfield Hills, MI 48302
        (313) 303-3472
        nicksuciu@bmslawyers.com

        Attorney for Plaintiff