UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA FLORES, *et al.*,

        Plaintiff,

v.

FCA US LLC,

        Defendant.

Case No. 2:20-cv-10972-SFC-DRG

Hon. Sean F. Cox

_____

## APPEARANCE OF THOMAS L. AZAR, JR.

PLEASE TAKE NOTICE that Thomas L. Azar, Jr. of the law firm of Thompson Coburn LLP has this day entered his appearance as attorney of record for Defendant FCA US LLC in the above-entitled cause.

By: /s/ Thomas L. Azar, Jr.
Thomas L. Azar, Jr.
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000
tazar@thompsoncoburn.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

/s/ Thomas L. Azar, Jr.