UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA FLORES, *et al.*,

        Plaintiffs,

v.

FCA US LLC,

        Defendant.

Case No. 2:20-cv-10972-SFC-DRG

Hon. Sean F. Cox

_____

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND ENTERING BRIEFING SCHEDULE**

This matter having come before the court upon the stipulation and agreement of the parties, and Defendant FCA US LLC and Plaintiffs having stipulated to extend the deadline for FCA US to respond to the Class Action Complaint and to the entry of the following briefing schedule for a motion to dismiss, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that:

1. FCA US shall file its responsive pleading on or before June 18, 2020;

2. If FCA US files a motion to dismiss as its responsive pleading, Plaintiffs shall file their opposition on or before July 23, 2020;

3. FCA US shall file any reply in support of its motion to dismiss on or before August 13, 2020.

- 2 -

**SO ORDERED**.

Dated: May 11, 2020              s/Sean F. Cox
                                                            Honorable Sean F. Cox
                                                            United States District Judge

- 3 -

Dated:  May 11, 2020

*Stipulated by and between:*

| | |
|---|---|
| /s/ Thomas L. Azar, Jr. <br> Kathy A. Wisniewski <br> Stephen D'Aunoy <br> Thomas L. Azar, Jr. <br> THOMPSON COBURN LLP <br> One US Bank Plaza <br> St. Louis, Missouri  63101 <br> Tel:  (314) 552-6000 <br> kwisniewski@thompsoncoburn.com <br> sdaunoy@thompsoncoburn.com <br> tazar@thompsoncoburn.com <br><br> *For Defendant FCA US LLC* | /s/ Frederick John Klorczyk, III <br> *(by permission*) <br> Frederick John Klorczyk, III <br> BURSOR & FISHER P.A. <br> 1990 N. California Blvd., Ste 940 <br> Walnut Creek, California  94596 <br> Tel: (925) 300-4455 <br> fklorczyk@bursor.com <br><br> Nick Suciu, III (P72052) <br> BARBAT, MANSOUR & SUCIU PLLC <br> 1644 Bracken Rd. <br> Bloomfield Hills, Michigan  48302 <br> Tel: (313) 303-3472 <br> nicksuciu@bmslawyers.com <br><br> *For Plaintiffs* |