UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Joshua Flores, et al., | ) |
| Plaintiffs, | ) Case No. 20-10972 |
| v. | ) |
| FCA US LLC, | ) |
| Defendant | ) |

## NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for Nick Suciu, III, attorney for Plaintiffs and class, will be as follows:

Nick Suciu, III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Phone #:  (313) 303-3472
Email: nsuciu@milberg.com

Dated: September 15, 2021

Respectfully Submitted,

BY: */s/ Nick Suciu, III*
Nick Suciu, III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Phone #:  (313) 303-3472
Email: nsuciu@milberg.com
*Counsel for Plaintiffs and class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

        MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

        BY: /s/ Nick Suciu, III
        Nick Suciu, III
        6905 Telegraph Rd., Suite 115
        Bloomfield Hills, MI 48301
        Phone #:  (313) 303-3472
        Email: nsuciu@milberg.com
        *Counsel for Plaintiffs and class*