UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joshua Flores, *et al.*,

    Plaintiffs,

                        Civil Case No. 20-10972

v.

FCA US, LLC,                Sean F. Cox
                                     United States District Court Judge

    Defendant.
_____/

## **JUDGMENT**

In an Opinion and Order issued on March 24, 2021, this Court dismissed some of the claims in this action. On February 11, 2022, the parties stipulated to the dismissal, with prejudice, of the remaining individual claims in this action. This is a final order and closes this case.

                                            s/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: March 21, 2022